GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California 94544
(510) 887-7445

JESSE GARCIA [061223]
Attorney for Defendant
URIEL MALDONADO-HERNANDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:11-CR-00817-WHA |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUANCE OF SENTENCE HEARING** |
| vs. | |
| URIEL MALDONADO-HERNANDEZ | |
| Defendant. | |

Uriel Maldonado-Hernandez, by and through his counsel, Jesse Garcia, and the United States Government, by and through its counsel, Chinhayi C. Cadet, Assistant United States Attorney, due to defense counsel's medically-related scheduling conflict, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for October 2, 2012, to October 23, 2012, at 2:00 p.m.

Dated: September 21, 2012          Respectfully submitted,


                                    /s/ JESSE J. GARICA
                                    Attorney for Defendant
                                    Uriel Maldonado-Hernandez

1  Dated: September 21, 2012          /s/ CHINHAYI C. CADET
                                      Authorized to sign for CHINHAYI C. CADET
2                                     Assistant United States Attorney on September 21, 2012

3

4

5

6                            ~~(PROPOSED)~~ **ORDER**

7

8     IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled on October

9  2, 2012, is continued to October 23, 2012, at 2:00 p.m.

10

11

12  Date: September 25, 2012.          _____
                                       HONORABLE WILLIAM ALSUP
13                                     UNITED STATES DISTRICT JUDGE

*USA v. URIEL MALDONADO-HERNANDEZ (3:11-CR-00817-WHA)*
28  *STIPULATION AND ORDER TO CONTINUE SENTENCING*                    2