IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MALDONADO HERNANDEZ URIEL,

    Defendant.
                               /

No. CR 11-00817 WHA

**ORDER RE REQUEST FOR DOCUMENTS**

      Defendant Maldonado Hernandez Uriel has filed a *pro se* letter requesting a copy of the docket in his criminal case. No payment for the request was provided. Accordingly, the letter request is **DENIED**. Should defendant wish to receive copies of documents, please contact the Clerk for instructions on how to obtain copies of documents and how to send proper payment for such copies.

      **IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE