IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>URIEL MALDONADO-HERNANDEZ,<br><br>  Defendant.<br>_____ / | No. CR 11-0817 WHA<br><br>**REQUEST FOR PROBATION<br>AND GOVERNMENT RESPONSE** |

Defendant Uriel Maldonado-Hernandez has filed a motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines. The probation department and the government are requested to respond by **NOVEMBER 13, 2015.**

Dated: October 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE