IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0817 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER AMENDMENT 782** |
| URIEL MALDONADO-HERNANDEZ, | |
| Defendant. | |

Defendant Uriel Maldonado-Hernandez moves, *pro se*, for a reduction of his sentence under 18 U.S.C. 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. The United States Probation Office has submitted a report in opposition, stating that defendant is not eligible for a lower sentence.

Amendment 782 to the United States Sentencing Guidelines, effective November 1, 2014, reduces the penalties for most drug offenses by reducing most offense levels. This amendment may be applied retroactively to reduce the sentences of previously sentenced inmates under 18 U.S.C. 3582(c)(2). Amendment 782 does not authorize, however, reductions in sentences below the statutory mandatory minimum.

In 2012, defendant pled guilty to possession with intent to distribute more than five kilograms of methamphetamine. Based on this quantity of drugs, defendant was sentenced to

the statutory mandatory minimum imprisonment term of 60 months. Accordingly, defendant is not eligible for a sentence reduction and his motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 30, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE